Bertram L. Potter, SBN.: 29586
**POTTER, COHEN & SAMULON**
3852 East Colorado Boulevard
Pasadena, California 91107
Tel. (626) 795-0681
Fax: (626) 79509725

Attorney for plaintiff SOCORRO BRAHMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SOCORRO BRAHMS<br><br>Plaintiff,<br><br>MICHAEL ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: CV 07-06701-SS<br><br>ORDER RE [PROPOSED] STIPULATION FOR AWARD OF EAJA FEES |

Defendant is ordered to pay to plaintiff's counsel of record, as Plaintiff's assignee, the total amount of THREE THOUSAND EIGHT HUNDRED DOLLARS and NO CENTS ($3,800.00) representing payment of all plaintiff's claims for attorney's fees and costs in connection with this action pursuant to the Equal Access to Justice Act, in accordance with 28 U.S.C. § 2412(d).

DATED: 2/26/09

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

1